IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BARRETT O. CASTON                                                    PETITIONER

VS.                                       CIVIL ACTION NO. 3:12-cv-391(DCB)
                                              Criminal No. 3:11-cr-20(DCB)

UNITED STATES OF AMERICA                                             RESPONDENT

ORDER

This cause is before the Court sua sponte, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the petitioner's Motion to Vacate Under 28 U.S.C. § 2255, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 5:00-cr-29(DCB), within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 26th day of November, 2012.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE